JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CUNNINGHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO: 5:20-CV-00959-JGB(SHKx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

DATED: February 3, 2021

_____
Jesus G. Bernal
United States District Judge